IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
NO. 5:19-CT-03040-M

MATTHEW JAMES GRIFFIN, )
)
Plaintiff, )
)
v. ) ORDER
)
SERGEANT DAVES, et al., )
)
Defendants. )

This cause is before the court on plaintiff's pending motions [D.E. 92, 97, 98].

In his motion to strike, plaintiff argues, among other things, that defendants' statement of material facts improperly was docketed as an attachment to a memorandum in support of defendants' motion for summary judgment. Mot. [D.E. 92] at 2. Plaintiff is correct; the court's local rules require separate docketing of an appendix, a statement of material facts, and a memorandum in support. See E.D.N.C. Local Civil Rules 7.2 and 56.1.

Plaintiff elsewhere argues that defendants' statement of material facts also fails to comply with the court's local rules because it fails to properly cite to the evidence. See [D.E. 91] at 2. Plaintiff again is correct. See E.D.N.C. Local Civil Rule 56.1(a)(4) (requiring citations to the relevant page and either the paragraph or line number of the evidence cited).

Plaintiff's September 7, 2021, motion asserts that he is unable to respond to defendants' motion for summary judgment because his legal files, including the discovery for this case, are held in storage, and his requests to view these flies were denied. Mot. [D.E. 97] at 2–3. Plaintiff seeks either a 60-day extension of time or a temporary stay of the proceedings to allow him to respond to the motion for summary judgment. Id. Plaintiff attaches New Mexico Corrections

Department documents supporting his contention that he is unable to access his legal materials because of staff unavailability and COVID-19 restrictions. See Mot. Attach. [D.E. 97-1] at 1–5.

Plaintiff's September 20, 2021, motion states that he was transferred to Lea County Correctional Facility in Hobbs, New Mexico, without his legal materials. Mot. [D.E. 98] at 1. Plaintiff seeks a 120-day stay to "recover his legal materials" and respond to defendants' motion for summary judgment. Id. at 2.

It is unclear to the court whether plaintiff has obtained access to his legal materials. Accordingly, the court:

1) GRANTS IN PART the motion to strike [D.E. 92], and DIRECTS defendants to file, not later than November 2, 2021, a statement of material facts with citations that comply with the local civil rules, together with a separate memorandum and a separate appendix;

2) DIRECTS defendants, by and through the North Carolina Attorney General, to confer with the New Mexico Corrections Department and to file a notice, not later than November 17, 2021, and preferably with the accompanying affidavit of a New Mexico prison official at Lea County Correctional Facility, ensuring that plaintiff now has access to the legal materials needed to respond to defendants' pending motion for summary judgment; and

3) GRANTS IN PART the motions to stay [D.E. 97, 98], and ALLOWS plaintiff an extension of time until December 9, 2021, to respond to defendants' motion for summary judgment. SO ORDERED, this 19th day of October 2021.

*Richard E. Myers II*
RICHARD E. MYERS II
Chief United States District Judge

2

Case 5:19-ct-03040-M   Document 101   Filed 10/19/21   Page 2 of 2