Matthew James Griffin
39704
6900 West Millen Dr.
Hobbs, N.M. 88244
575-392-4055

United States District Court
Eastern District of North Carolina

No.

| Matthew James Griffin | |
|---|---|
| Plaintiff | Plaintiff's Partial Response In Opposition To Summary Judgment Motion (doc. 86) |
| vs | |
| Sergeant Daves, et al, | |
| Defendants | |

Plaintiff, Matthew James Griffin, pro se, hereby submits his Partial Response In Opposition To Defendants Motion For Summary Judgment (doc. 86). In support of and

1

For his Response, Plaintiff states:

1. Defendants moved by Motion (doc 86) for summary judgment.

2. By Order (doc 101) this Court found that Defendants failed to file a separate Appendix, Statement of Fact and Memorandum of Law as required by Local Rule 56.1. See, Order (doc 101 at pp 1-2).

3. By Order the Court ordered (doc 101) Defendants to file a separate Appendix, Statement of Fact and Memorandum of Law that complied with Local Rule 56.1 and to do so by November 2, 2021. Id at page 2. Defendants failed to do so.

4. IN GRIFFIN vs Hooks et al., No 3:19-cv-00135-MR (USDC-WDNC) the Court barred Defendants including

2

Defendant Daves[1] from filing any dispositive motion for failure to obey a court order. See Hooks Order (doc. 149 at page 3 and 4). The same attorney represents Defendant Daves in this case and in Hooks.

5. This court should follow the example of Hooks. Plaintiff cannot respond to the Defendants Motion (doc 86) for summary judgment because Defendants failed to comply with this courts Order (doc 101) to file a seperate Appendix, statement of Fact, Memorandum of Law and to file evidentiary citations that comply with Local Rule 56.1.

---

[1] Defendant Daves is also a Defendant in Hooks. See, Hooks at doc. 112 and 123.

3

6. This matter like Hooks[2], is now ~~ripe~~ ripe for trial.

Wherefore Plaintiff requests an Order of this Court denying Defendants Motion (doc 86) for failure to obey the Courts Order (doc 101). Plaintiff further requests an order finding this matter is now ripe for trial.

Dated this 04 Day of November 2021.

MATTHEW JAMES GRIFFIN
39704
6900 West Millen Dr
Hobbs, N.M. 88244

---

See Order Hooks (doc 149 at page 3) Finding the matter ripe for trial and denying a requested extension of time to file a dispositive motion for failure to obey a Court order.

4