IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
NO. 5:19-CT-03040-M

| | |
|---|---|
| MATTHEW JAMES GRIFFIN, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | ORDER |
| ) | |
| SERGEANT DAVES, et al., ) | |
| ) | |
| Defendants. ) | |

On February 5, 2019, Matthew James Griffin ("plaintiff"), proceeding *pro se* and without prepayment of fees, filed a complaint under 42 U.S.C. § 1983. [D.E. 1, 2, 8].

On October 19, 2021, the court issued an order that, *inter alia*, directed defendants to file, not later than November 2, 2021, "a statement of material facts with citations that comply with the local civil rules, together with a separate memorandum and a separate appendix." See Order [D.E. 101]. Defendants have not complied with this portion of the order in the time permitted.

Accordingly, the court DIRECTS defendants to show cause, not later than November 12, 2021, as to why they have not complied with this order.

SO ORDERED, this 8th day of November 2021.

RICHARD E. MYERS II
Chief United States District Judge