| | |
|---|---|
| IN THE UNITED STATES DISTRICT COURT<br>FOR THE EASTERN DISTRICT OF NORTH CAROLINA<br>WESTERN DIVISION<br>FILE NO. 5:19-CT-3040-M | |
| MATTHEW JAMES GRIFFIN,<br><br>Plaintiff,<br>v.<br><br>SERGEANT DAVES and OFFICER JOHN DOE,<br><br>Defendants. | **RESPONSE TO COURT ORDER**<br>**(D.E. 105)** |

NOW COMES Assistant Attorney General Bryan G. Nichols, and provides the following response to the Court's November 9, 2021 Order. [D.E. 105]

1. On July 12, 2021, Undersigned counsel filed a motion for summary judgment on behalf of Defendants Parlier and Daves. [D.E. 86].

2. On July 12, 2021, Undersigned counsel also filed a memorandum in support of the summary judgment, which also included an appendix in the same filing [D.E. 87]

3. On July 12, 2021, Undersigned counsel also filed a statement of facts [D.E. 88]

4. Undersigned counsel unintentionally failed to follow the local rules when filing these documents, including the appendix with the memorandum of law attached together and also failing to include specific paragraph cites in the statement of facts.

5. On October 19, 2021, the court issued an order directing defendants to file no later than November 2, 2021 "a statement of material facts with citations that comply with the local civil rules, together with a separate memorandum and a separate appendix" [D.E. 101]

6. On November 9, 2021, the court issued an order directing Defendants to show cause as to why they have not completed this order. [D.E. 105].

1

7. Undersigned counsel has now filed a statement of material facts with citations that comply with the local civil rules including specific paragraph cites. [D.E. 107].

8. Undersigned counsel has also now filed a separate memorandum and separate appendix. [D.E. 108, 109]

9. Undersigned counsel was very sick with the flu when the October 19, 2021 order was issued and undersigned counsel was unaware of the order being issued.

10. Additionally, because of staffing issues, undersigned counsel was unaware of the due date, having been omitted from the calendar when November 2nd, 2021 occurred.

11. Undersigned counsel omission was completely unintentional and has since been remedied.

Respectfully submitted, this the 12th day of November, 2021.

**JOSHUA H. STEIN**
**ATTORNEY GENERAL**

/s/ Bryan G. Nichols
Bryan G. Nichols
Assistant Attorney General
State Bar No. 42008
N. C. Department of Justice
Public Safety Section
P. O. Box 629
Raleigh, North Carolina 27602-0629
Telephone: (919) 716-6558
Facsimile: (919) 716-6761
Email bnichols@ncdoj.gov

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**CERTIFICATE OF SERVICE**

I hereby certify that on this day I electronically filed the foregoing **RESPONSE TO COURT ORDER** via the Court's CM/ECF system and served a copy upon the Plaintiff, a *non-CM/ECF* participant, by depositing a copy in the exclusive care and custody of the United States Postal Service first class postage prepaid, addressed as follows:

>Matthew James Griffin
>
>39704
>
>6900 W. Millen Drive.
>
>Hobbs, New Mexico 88244
>
>(Pro Se Prisoner Plaintiff)

This the 12th day of November, 2021.

/s/ Bryan G. Nichols
**Bryan G. Nichols**
Assistnt Attorney General

3

Case 5:19-ct-03040-M    Document 110    Filed 11/12/21    Page 3 of 3