UNPUBLISHED

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 22-6779

MATTHEW JAMES GRIFFIN,

        Plaintiff - Appellant,

   v.

SERGEANT DAVES; JOSEPH PARLIER,

        Defendants - Appellees.

Appeal from the United States District Court for the Eastern District of North Carolina, at Raleigh. Richard E. Myers, II, Chief District Judge. (5:19-ct-03040-M)

Submitted: February 12, 2024                            Decided: March 11, 2024

Before WILKINSON, KING, and HARRIS, Circuit Judges.

Vacated and remanded by unpublished per curiam opinion.

Matthew James Griffin, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Matthew James Griffin appeals from the district court's orders granting summary judgment to the Defendants on his second amended 42 U.S.C. § 1983 complaint and denying reconsideration. *See Griffin v. Daves*, No. 5:19-ct-03040-M (E.D.N.C. Mar. 16, 2022), ECF No. 134; *Griffin v. Daves*, No. 5:19-ct-03040-M (E.D.N.C. July 1, 2022), ECF No. 143. Lacking the benefit of this Court's decision in *Griffin v. Bryant*, 56 F.4th 328 (4th Cir. 2022), the district court concluded that Griffin had failed to exhaust his available administrative remedies, as required by the Prison Litigation Reform Act, 42 U.S.C. § 1997e(a). In light of our *Bryant* decision, we vacate the district court's rulings and remand for further proceedings that are consistent therewith. We deny Griffin's motion to hear the appeal on the original record.

We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this Court and argument would not aid the decisional process.

*VACATED AND REMANDED*