IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:19-cv-00135-MR

| | |
|---|---|
| MATTHEW JAMES GRIFFIN, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| ERIK A. HOOKS, et al., | ) |
| | ) |
| Defendants. | ) |

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
5:17-CT-03173-M

| | |
|---|---|
| MATTHEW JAMES GRIFFIN, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| NADINE J. BRYANT, et al., | ) |
| | ) |
| Defendants. | ) |

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
5:19-CT-03040-M

| | |
|---|---|
| MATTHEW JAMES GRIFFIN, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |

|                          |   ) |
|--------------------------|-----|
| v.                       | )   |
|                          | )   |
| SERGEANT DAVES, et al.,  | )   |
|                          | )   |
| Defendants.              | )   |
| _____   | )   |

REPORT OF JUDICIAL SETTLEMENT CONFERENCE AND ORDER

On May 1, 2025, the undersigned conducted a combined judicial settlement conference by telephone in these matters.

Plaintiff Matthew James Griffin appeared *pro se*.

Attorneys Alex Williams and James Barnes, IV, of the North Carolina Department of Justice, appeared on behalf of the various Defendants that they represent. Norlan Graves, Chief Deputy General Counsel of the North Carolina Department of Adult Correction, and attorney Jordan Turner also appeared.

Attorney Jennifer D. Maldonado appeared with and on behalf of Defendant Khan. Roger Morris, a representative of Dr. Khan's insurance carrier, also appeared.

The parties did not reach an agreement to resolve Griffin v. Bryant, et al., No. 5:17-CT-03173-M (E.D.N.C.). and, therefore, an **IMPASSE** is declared with respect to that case.

The parties did reach an agreement to resolve to all issues in Griffin v. Hooks, et al., No. 3:19-cv-00135-MR (W.D.N.C.) and Griffin v. Daves, et al., No. 5:19-CT-03040-M (E.D.N.C.)., and the terms of that agreement were placed on

the record orally via telephone at the United States Courthouse in Asheville, North Carolina.

The parties are directed to file stipulations of dismissal or any other appropriate case closing documentation in Griffin v. Hooks, et al., No. 3:19-cv-00135-MR (W.D.N.C.) and Griffin v. Daves, et al., No. 5:19-CT-03040-M (E.D.N.C.) within thirty (30) days.

The Clerk for the Western District of North Carolina is respectfully directed to transmit a copy of this document to the Clerk for the Eastern District of North Carolina so that it may be filed in Griffin v. Bryant, et al., No. 5:17-CT-3173-M (E.D.N.C.) and Griffin v. Daves, et al., No. 5:19-CT-03040-M (E.D.N.C.).

It is so ordered.

Signed: May 2, 2025

W. Carleton Metcalf
United States Magistrate Judge