UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
File No.: 5:19-CT-03040-M

| | |
|---|---|
| MATTHEW JAMES GRIFFIN,<br>　　　　Plaintiff,<br><br>v.<br><br>SGT. DAVES, *et al.*,<br>　　　　Defendant. | **JOINT STIPULATION<br>OF DISMISSAL** |

*Pro Se* Plaintiff Matthew James Griffin and Defendants Darren Daves and Joseph Parlier, by and through counsel, and pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, hereby stipulate to the dismissal with prejudice as to all claims herein.

[SIGNATURE PAGE TO FOLLOW]

Stipulated to:

_____  16 MAY 2025
Matthew James Griffin, Plaintiff        Date


JEFF JACKSON
Attorney General

_____
Alex R. Williams (N.C.S.B. No. 41679)
Section Head, Public Safety Section
North Carolina Department of Justice
P.O. Box 629
Raleigh, North Carolina 27699-9001
Telephone: 919-716-6528
Facsimile: 919-716-6761
awilliams@ncdoj.gov
*Counsel for Defendant*